■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK SANITA, Appellant.— Appeal from a judgment of a City Magistrate of the City of New York, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of keeping a room used for gambling, in violation of section 973 of the Penal Law, sentencing him to pay a fine of $10 or to serve two days, and from said sentence. Judgment reversed on the law and the facts, complaint dismissed and fine remitted. The evidence was insufficient to establish the commission of the crime charged. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

■ PHYLLIS SANDERS et al., Respondents, v. CLAIROL, INC., et al., Appellants.— Action by respondent Phyllis Sanders to recover damages for personal injuries and by her husband, respondent Leonard Sanders, for medical expenses and loss of services. The injuries are alleged to have resulted from the application by appellants Kaplan and Blank, operators of a beauty salon, of a hair dye manufactured by appellant Clairol, Inc. The appeal is from a judgment entered on a jury verdict in favor of respondents against appellants. Judgment reversed on the law and the facts, with costs, and complaint dismissed. There is no evidence in this record that the product involved was inherently dangerous and poisonous when properly applied in accordance with the precautions and instructions recommended by the manufacturer, or that the manufacturer was negligent in putting upon the market a dangerous and poisonous product, or that the proprietors of the beauty salon were negligent in knowingly using a poisonous product dangerous to human beings. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ WILLIAM G. SHIPMAN et al., Respondents, v. CHARLES H. BENNETT et al., Appellants.— In an action to set aside a judgment on the ground of fraud, order denying appellants' motion to dismiss the complaint reversed, with $10 costs and disbursements, and motion granted. Order granting respondents' motion to enjoin enforcement of a judgment in another action reversed, without costs, and motion denied. The complaint fails to state facts sufficient to constitute a cause of action. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ MICHAEL TEMPESTA, Appellant, v. SEAS SHIPPING Co., INC., Respondent.— In an action to recover damages for personal injuries, the appeal is from an order denying appellant's motion for a preference in the trial of the action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (October 22, 1956)

■ ED. DONNER LUMBER CORP., Respondent, v. OTTO ROHR et al., Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.